■ In the Matter of ATTORNEYS IN VIOLATION OF JUDICIARY LAW § 468-A. CHARLES DOUGLAS DIXON, Admitted in 1974, at a Term of the Appellate Division, Second Department. [747 NYS2d 68] No opinion. Concur—Williams, P.J., Nardelli, Mazzarelli, Saxe and Ellerin, JJ. [*See* 240 AD2d 106.]

---

SECOND DEPARTMENT, AUGUST, 2002

(August 5, 2002)

■ SELMA ACHESON et al., Appellants, v ROBERT E. SHEPARD et al., Respondents. [745 NYS2d 913]

The plaintiffs were entitled to the automatic restoration of the action to the trial calendar upon their timely initial request (*see Basetti v Nour*, 287 AD2d 126; *see also Polvino v Island Group Admin.*, 289 AD2d 315; *Anderson v Maltz*, 288 AD2d 334; *Wasilewicz v Village of Monroe Police Dept.*, 288 AD2d 377). Santucci, J.P., Smith, Krausman, H. Miller and Adams, JJ., concur.